NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMON ARIAS, <br><br> Plaintiff, <br><br> v. <br><br> HARRISON POST OFFICE, <br><br> Defendant. | No.17-cv-1.62(SDW)(LDW) <br><br> **ORDER** <br><br> July 10, 2017 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on June 9, 2017 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that Defendant United States Post Office's (impleaded as Harrison Post Office) motion to dismiss Plaintiff's complaint for lack of subject matter jurisdiction be granted. Neither Plaintiff nor Defendant filed an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 4) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Parties
 Magistrate Judge Wettre